1 | Henry John Muller III

2 | 5342 Moddison Avenue

3 | Sacramento, California 95819

4 | Telephone: 916-445-0028

5 | Pro Se Plaintiff

**FILED**

DEC - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**LODGED**

NOV - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry John Muller III<br>Plaintiff<br><br>VS.<br><br>Sacramento County Sheriff Department, Sacramento County Sheriff Lou Blanas (named individually under the doctrine of respondeat superior) in his official capacity, and two Jane Doe (currently unknown) Sheriff Deputies to be named individually and in their official capacity, and Sacramento County a local Government Entity being named as an individual.<br><br>Defendants. | Case No. 2:05-CV-1390 GEB-GHH<br><br>Complaint Filed July 11, 2005<br><br>**STIPULATION FOR AMENDED COMPLAINT** |

**STIPULATION**

Pursuant to rule 15 (a) of the Federal Rules of Civil Procedure, the parties hereto, either in pro se or through their attorneys undersigned, hereby stipulate as follows:

The Defense gives consent to the plaintiff in pro se to amend the original civil complaint

-1--1--1-

filed in the United States District Court on July 11, 2005. The only substantive change to the civil complaint is to name the deputy Sheriff defendants who were identified as "Jane Doe" defendants on the original complaint.

Dated: November 1, 2005

By: _____
Henry John Muller III
Plaintiff in Pro Per


By: __/s/ Jeri L. Pappone_____
John A. Lavra
Jeri L. Pappone
Longyear, O'Dea & Lavra
Attorneys for the Defendants


Pursuant to the stipulation, it is so ordered.

Approved and Ordered on:

Date: Nov. 30, 2005


By: ___GREGORY G. HOLLOWS___
Judge of U.S. District Court

-2--2--2-