LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants, County of Sacramento
Sheriff Lou Blanas, Deputies Albright and Eubanks

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JOHN MULLER III ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SACRAMENTO COUNTY SHERIFF'S ) <br> DEPARTMENT, ) <br> SACRAMENTO COUNTY SHERIFF ) <br> LOU BLANAS (named individually under ) <br> the doctrine of respondeat superior) in his ) <br> official capacity, and ) <br> TWO JANE DOE (currently unknown) ) <br> Sheriff's Deputies to be named individually ) <br> and in their official capacity, and ) <br> SACRAMENTO COUNTY a Local ) <br> Government Entity being named as an ) <br> individual ) <br> ) <br> Defendants ) | CASE NO-**2:05-CV-1390 GEB-GHH** PS <br><br><br><br><br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED between the Plaintiff, HENRY JOHN MULLER, and Defendants, Sacramento County, et al., by and through their attorney of record, JERI L. PAPPONE of the law firm LONGYEAR, O'DEA & LAVRA, LLP, that the date for completion of all law and motion be continued from the currently set date of September 4, 2006 to October 19, 2006, an extension of 45 days. In addition, the parties stipulate to a corresponding 45-day

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER**

Page 1

extension of the Pre-Trial Conference and Trial dates currently set for October 2, 2006 and December 12, 2006, respectively.

The parties are currently participating in active settlement negotiations. In addition, the parties are both desirous of noticing motions to be heard on September 14, 2006, should settlement negotiations fail.

IT IS SO STIPULATED:

Dated: August 4, 2006                    LONGYEAR, O'DEA & LAVRA, LLP
                                         3620 American River Dr. Suite 230
                                         Sacramento, CA 95864


                                         By:  /s/ Jeri L. Pappone
                                              JOHN A. LAVRA
                                              JERI L. PAPPONE
                                              Counsel for Defendant, JAY AGAMAO


Dated: August 4, 2006                    By_____
                                              HENRY JOHN MULLER, III
                                              Plaintiff

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**:

The date for completion of all law and motion is reset to October 19, 2006, the pretrial conference is reset to February 12, 2007 at 11:00 a.m., and the trial is reset to April 24, 2007.

Dated: 8/9/06                            /s/ Gregory G. Hollows
                                         Honorable Gregory G. Hollows
                                         Magistrate Judge
                                         United States District Court
                                         Eastern District of California

muller.ord

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER**

Page 2