IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JOHN MULLER, III,

    Plaintiff,

    v.                                            NO. CIV. S 05-1390 GEB GGH PS

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

<u>ORDER</u>

_____/

       On August 2, 2006, plaintiff filed a motion to amend the amended complaint. The motion was not accompanied by a proposed amended complaint, and was not noticed for hearing on this court's law and motion calendar. Therefore, it must be vacated.

       Accordingly, IT IS ORDERED that plaintiff's motion to amend the complaint, filed August 2, 2006, is vacated. Plaintiff may renew his motion if it is accompanied by a proposed amended complaint, and is properly noticed for hearing. E. D. Local Rule 78-230.

DATED: 8/28/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U.S. MAGISTRATE JUDGE

GGH:076
Muller1390.amd.wpd