IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JOHN MULLER III,

    Plaintiff,

    v.                                NO. CIV. S 05-1390 GEB GGH PS

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

ORDER

_____/

        Defendants' motion for summary judgment, currently scheduled for hearing on September 14, 2006, is hereby rescheduled to September 28, 2006. Plaintiff's cross-motion for summary judgment remains scheduled for hearing on September 28, 2006. Both matters will be heard on September 28, 2006, at 10:00 a.m., in Courtroom 24.

DATED: 9/6/06

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        U. S. MAGISTRATE JUDGE

NOW6:Muller1390.hng

1