IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JOHN MULLER III,

    Plaintiff,

    vs.

SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

No. CIV S-05-1390 GEB GGH PS

ORDER

/

    Presently pending are defendants' motion for summary judgment and plaintiff's cross-motion for summary judgment, scheduled for hearing on September 28, 2006. Also pending is plaintiff's motion to amend his First Amended Complaint, scheduled for hearing on October 19, 2006.

    Upon review of the motion to amend and proposed second amended complaint, as well as the parties' motions for summary judgment, the court concludes the motion to amend should proceed to hearing on October 19, 2006. As a result, the September 28, 2006 hearing on the motions for summary judgment will be vacated and the motions denied without prejudice to their renotice[1] following this court's decision on plaintiff's motion to amend the complaint.

---

[1] The court is cognizant that the parties' respective motions for summary judgment entailed significant work. However, in this age of word processors, undue duplication should be

1

Outstanding dates, including the current October 19, 2006 deadline for filing dispositive motions, will be reevaluated as appropriate following the court's decision on plaintiff's motion to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 28, 2006 hearing is vacated;

2. The following motions are denied without prejudice: (a) Defendants' Amended Motion for Summary Judgment filed August 4, 2006; and (b) Plaintiff's Cross-Motion for Summary Judgment filed August 24, 2006; and

3. On October 19, 2006, at 10:00 a.m., the court will hear plaintiff's Motion to Amend the First Amended Complaint.

So ordered.

DATED:  9/22/06                    /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

NOW6:Muller1390.9.28.06

---

alleviated.  The court will endeavor to accommodate any reasonable request to rely on documents already filed.