IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JOHN MULLER III,

    Plaintiff,

vs.

SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

No. CIV S-05-1390 GEB GGH PS

ORDER

        Plaintiff, proceeding in pro se, moves to file a second amended complaint. This matter is assigned to the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(1). Plaintiff's motion, and defendant's opposition thereto, were heard on October 19, 2006; plaintiff Henry John Muller III appeared and represented himself; Jeri L. Pappone represented defendants.

        Plaintiff's motion seeks to: (1) add claims under <u>Monell v. Department of Social Services</u>, 436 U.S. 658, 98 S. Ct. 2018 (1978), and (2) substitute defendant Deputy Sheriff Kristina Mendoza Albright for improperly named defendant Deputy Sheriff Christina Louis Albright. By order filed September 22, 2006, the court set plaintiff's motion for hearing and vacated without prejudice the parties' respective motions for summary judgment.

        For the reasons stated on the record, the court denied plaintiff's motion but noted that: (1) the <u>Monell</u> claims are clearly identified in the parties' motions for summary judgment,

and shall remain so for all further purposes and proceedings in this case, and (2) pursuant to the parties' stipulation, substitution of the proper defendant, Deputy Sheriff Kristina Mendoza Albright, is granted.[1]

Accordingly, the court set for hearing on Thursday, November 2, 2006, at 10:00 a.m., the parties' respective motions for summary judgment. No further briefing is required. Plaintiff's request, made at the hearing, for leave to designate a damages expert will be considered upon the court's review of the motions for summary judgment.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to file a second amended complaint, filed September 5, 2006, is denied;

2. Deputy Sheriff Kristina Mendoza Albright shall be substituted in lieu of defendant Deputy Sheriff Christina Louis Albright;

3. Plaintiff's request for leave to designate a damages expert will be considered upon the court's review of the parties' motions for summary judgment; and

4. The motions for summary judgment, filed by defendants on August 4, 2006, and by plaintiff on August 24, 2006, shall be heard on Thursday, November 2, 2006, at 10:00 a.m., in Courtroom No. 24.

So ordered.

DATED:  10/23/06                                            /s/ Gregory G. Hollows
                                                            _____
                                                            GREGORY G. HOLLOWS
                                                            U. S. MAGISTRATE JUDGE

NOW6:Muller1390.10.19.06

---

[1] All pertinent discovery has been propounded upon, and produced by, the appropriate defendant.