IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JOHN MULLER III,

    Plaintiff,                       2:05-cv-1390-GEB-GGH-PS

    vs.

SACRAMENTO COUNTY
SHERIFF DEPT., et al.,

    Defendant.                     ORDER

_____/

        On November 29, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed November 29, 2006, are ADOPTED;

2. Defendants' motion for summary judgment, filed August 4, 2006, is granted on plaintiff's Second, Third and Fourth Causes of Action, and denied on plaintiff's First, Fifth and Sixth Causes of Action; summary judgment is granted on behalf of Sheriff Lou Blanas; and

3. Plaintiff's cross-motion for summary judgment, filed August 24, 2006, is denied.

Dated: January 9, 2007

GARLAND E. BURRELL, JR.
United States District Judge