1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11
     HENRY JOHN MULLER III,            )
12                                     )        2:05-cv-1390-GEB-GGH
                         Plaintiff,    )
13                                     )
          v.                           )        ORDER
14                                     )
     SACRAMENTO COUNTY SHERIFF         )
15   DEPARTMENT, et al.,               )
                                       )
16                       Defendants.   )
                                       )
17

18            On January 25, 2007, the parties filed a Stipulation and

19   Order to Elect Referral of Action to Voluntary Dispute Resolution

20   Program (VDRP).  The parties' stipulation does not explain the

21   feasibility of the referral at this late stage of the proceeding,

22   as contemplated by Local Rule 16-271(i)(2).  While it is understood

23   that the parties' settlement efforts should be encouraged, it is

24   unclear whether VDRP proceedings could be scheduled in this action

25   without interfering with trial scheduled to commence on April 24,

26   2007; the Final Pretrial Conference scheduled for February 12,

27   2007; and trial preparation matters typically scheduled at the

28

                                    1

1  Final Pretrial Conference.  Therefore, the proposed order will not

2  be signed.

3

4  Dated:  February 2, 2007

5  _____

6  GARLAND E. BURRELL, JR.
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28