```
 1
 2
 3
 4
 5
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
   HENRY JOHN MULLER III,            )
12                                   )   2:05-cv-1390-GEB-GGH
                    Plaintiff,       )
13                                   )
        v.                           )   ORDER
14                                   )
   SACRAMENTO COUNTY SHERIFF         )
15 DEPARTMENT, et al.,               )
                                     )
16                  Defendants.      )
                                     )
17
```

On June 1, 2007, Defendants filed a Notice of Settlement "notify[ing] the Court that the entire case has been settled by mutual agreement of the parties" and indicating that "[a] Rule 41 dismissal will be filed forthwith." Because trial is set to commence in this action on June 26, 2007, dispositional documents shall be filed no later than June 11, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.

///

///

///

1

1  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the
2  date prescribed by the Court may be grounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  June 4, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge